Date: November 6, 2017

From: Mr. Lishan Wang, #375805 (Plaintiff)
      Garner C.I.
      50 Nunnawauk Rd.
      Newtown, CT 06470

To:   Hon. Judge Steven M. Gold
      ℅ Office of the Clerk
      U.S. District Court
      Eastern District of New York
      225 Cadman Plaza East
      Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 09 2017 ✶

BROOKLYN OFFICE

RE:   Address Change
      Case No. 1:09-cv-003236-JG-SMG
      Lishan Wang  v.  Kingsbrook Jewish Medical Center

Dear Hon. Judge Gold,

   Please be advised that the plaintiff address has changed. The
current address is:

                  Lishan Wang, #375805
                  Garner C.I.
                  50 Nunnawauk Rd.
                  Newtown, CT 06470

Thank you very much for your attention!

Respectfully,

Lishan Wang, Plaintiff

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.46⁰

02 1P
0000860604
MAILED FROM ZIP CODE 06470
NOV 07 2017

HARTFORD
CT 061
07 NOV '17
PM 8 L

Mr. Lishan Wang, #375825
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

SMS LEGAL

To: Hon. Judge Steven M. Gold
c/o Office of the Clerk
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FREE POSTAGE

11201818832 C030